Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff EVELYN D. TORREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN D. TORREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:14-CV-00649-GSA<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER**<br><br>(Doc. No. 14) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Evelyn D. Torrez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 6, 2015; and that Defendant shall have until March 9, 2015, to file his opposition.  Any reply by plaintiff will be due March 24, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 8, 2015　　　　　Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff EVELYN D. TORREZ

DATED:  January 8, 2015　　　　BENJAMIN WAGNER
United States Attorney


*/S/- Paul Sachelari

_____
Paul Sachelari
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

# ORDER

Based on the above stipulation between the parties, the Court grants Plaintiff an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed on or before February 6, 2015. Defendant shall file any opposition brief on or before March 9, 2015 and Plaintiff may file any reply brief on or before March 24, 2015.

IT IS SO ORDERED.

Dated: **January 9, 2015**        /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE