Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  EVELYN D. TORREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN D. TORREZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>CAROLYN COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>        Defendant | Case No.:  1:14-CV-00649-GSA<br><br>STIPULATION TO EXTEND<br>BRIEFING SCHEDULE; ORDER |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Evelyn D. Torrez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 1, 2015; and that Defendant shall have until May 1, 2015, to file his opposition.  Any reply by plaintiff will be due May 15, 2015.

-1-

A second extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the opening brief to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 6, 2015            Respectfully submitted,

                                          LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff EVELYN D. TORREZ

DATED:  February 6, 2015            BENJAMIN WAGNER
United States Attorney


*/S/- Paul Sachelari

_____
Paul Sachelari
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

1 **Order**

2   Based on the above stipulation, Plaintiff may have an extension of time to
3 file her Opening Brief. Plaintiff's Opening Brief shall be filed on or before April 1,
4 2015. Defendant's opposition shall be filed on or before May 1, 2015 and any
5 reply by plaintiff shall be filed on or before May 18, 2015.

6

7 IT IS SO ORDERED.

8   Dated:   **February 11, 2015**          **/s/ Gary S. Austin**
9                                    UNITED STATES MAGISTRATE JUDGE