Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Evelyn D. Torrez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| EVELYN D. TORREZ, | Case No.: 1:14-cv-00649-GSA |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | (ECF No. 18) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties, a fully-executed copy of which is available on the docket as ECF No. 18, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **May 19, 2015**          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE

-1-